1438

## RECONSIDERATION OF PRIOR DECISIONS

**2002–0658.   Ellwood Engineered Castings Co. v. Zaino.**
Board of Tax Appeals, No. 00–P–391. Reported at 98 Ohio St.3d 424, 2003-Ohio-1812, 786 N.E.2d 458. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.